Kenneth N. HAMMOND; Charles Edward Forrester, Jr.; Phillip Duckett, Petitioners,

v.

David A. GARRAGHTY, Warden; District of Columbia Agencies; United States Parole Commission; Anthony Williams, Mayor; Edward F. Reilly, Jr., Chairman, United States Parole Commission; Odie Washington, in his official capacity as Director, D.C. Department of Corrections; John Ashcroft, Attorney General, Respondents–Appellees,

v.

Kenneth A. Hinton, Movant–Appellant,

Orlando R. Willis Bey, Movant.

No. 02–7692.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 10, 2003.

Decided March 10, 2003.

Kenneth A. Hinton, Appellant Pro Se. Kimberly C. Matthews, Office of Corporation, Washington, D.C.; Richard Parker, Major Francis Patrick King, Office of the United States Attorney, Alexandria, Virginia, for Appellees.

Before WIDENER, NIEMEYER, and TRAXLER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Kenneth A. Hinton seeks to appeal the district court's order denying his motion to join an action under 28 U.S.C. § 2241 (2000). This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292

(2000); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Hinton seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. *See Bhd. of R.R. Trainmen v. Baltimore & Ohio R.R. Co.,* 331 U.S. 519, 524–25, 67 S.Ct. 1387, 91 L.Ed. 1646 (1947) (finding that denial of motion for permissive intervention not immediately appealable). Accordingly, we dismiss the appeal for lack of jurisdiction. We deny Hinton's motion to expedite as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*